BENJAMIN B. ST. JOHN, as Administrator, etc., of AGNES ST. JOHN, Deceased, Respondent, v. M. MORAN TRANSPORTATION LINES, INC., and C. J. LAPE Co., INC., Appellants.— Motion by each defendant for reargument denied, with ten dollars costs against each defendant. Motion by each defendant for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

FANNIE L. PARKER, as Administratrix, etc., of JOHN A. PARKER, Deceased, Appellant, v. THE DELAWARE AND HUDSON RAILROAD CORPORATION, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE TOWNS OF BEDFORD, NORTH SALEM and Others, Relators, v. THE STATE TAX COMMISSION and MARK GRAVES and Others, Constituting the State Tax Commission, and THE CITY OF YONKERS and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for stay denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.